**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DEPARTMENT OF VETERANS ) <br> AFFAIRS, ET AL., ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV 11-04361 JFW (RZ) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Report.

DATED: December 7, 2011

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE