**O**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DEPARTMENT OF VETERANS AFFAIRS, ET AL.,<br><br>　　　　　　Defendants. | CASE NO. CV 11-04361 JFW (RZ)<br><br>JUDGMENT |

　　　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

　　　　DATED: December 7, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE